IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR . NO. 05-00029 HG |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| PRINCE TARPLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11,

Fed.R.Crim.P., and has entered a plea of guilty to Count 1 of the First Superseding

Indictment. After examining the defendant under oath, I determined that the defendant is

fully competent and capable of entering an informed plea, that the guilty plea was

intelligently, knowingly and voluntarily made, and that the offense(s) charged is

supported by an independent basis in fact establishing each of the essential elements of

such offense(s). I further determined that the defendant intelligently, knowingly and

GUILTY.R&R-PA

voluntarily waived the right to appeal or collaterally attack the sentence except as

provided in the plea agreement.  I therefore recommend that the plea of guilty be accepted

and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawaii, February 9, 2006.

   

Kevin S.C. Chang
United States Magistrate Judge

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

CRIMINAL NO. 05-00029 HG; USA vs. PRINCE TARPLEY, aka Scott Tarpley and Larry Bennett ; REPORT AND
RECOMMENDATION CONCERNING PLEA OF GUILTY