EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG   #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00029 HG |
|---|---|---|
| Plaintiff, | ) ) ) | SENTENCING STATEMENT OF THE UNITED STATES; CERTIFICATE OF |
| vs. | ) ) | SERVICE |
| PRINCE TARPLEY, aka Scott Tarpley and Larry Bennett | ) ) ) | Sentencing Date: 5/25/06 Time:  3:45 p.m. Chief Judge Helen Gillmor |
| Defendant. | ) ) | |

### SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections or comments to the draft presentence report.

DATED:  April 4, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By /s/ Marshall H. Silverberg
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by Electronically through CM/ECF</u>:

Alvin P.K.K. Nishimura, Esq.     aknlaw@verizon.net

Attorney for Defendant
PRINCE TARPLEY

<u>Served by Hand-Delivery</u>:

**U.S. PROBATION OFFICE**
Attn: Rosanne T. Donohoe
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii 96850

DATED: April 4, 2006, at Honolulu, Hawaii.

/s/ Cheri Abing