ORIGINAL

ALVIN KAOHU NISHIMURA #3971
ATTORNEY AT LAW
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE: 522-6529
FAX:            522-6530

ATTORNEY FOR DEFENDANT
PRINCE TARPLEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2006

at 8 o'clock and 35 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00029 HG |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO CONTINUE SENTENCING; DECLARATION OF COUNSEL. |
| VS. | ) | |
| PRINCE TARPLEY | ) | |
| Defendant. | ) | |

EX PARTE MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, PRINCE TARPLEY, by and through counsel, ALVIN KAOHU NISHIMURA, and moves ex parte, this Honorable Court for a continuance of the sentencing in the above-entitled matter.

Defendant hereby submits the attached Declaration of Counsel and will supplement this motion upon receipt of the letters from Defendant Tarpleys physicians..

DATED:     Honolulu, Hawaii     May 12, 2006.

Respectfully submitted,

ALVIN KAOHU NISHIMURA
Attorney for Defendant
PRINCE TARPLEY