# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 17, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 05-00029HG

CASE NAME:   U.S.A. vs. PRINCE TARPLEY

JUDGE:   Helen Gillmor            REPORTER:

DATE:   May 17, 2006              TIME:

COURT ACTION:          **MINUTE ORDER**

　　The Defendant's Ex Parte Motion to Continue Sentencing Declaration of Counsel, filed May 17, 2006, is GRANTED.

　　The Sentencing to Count 1 of the Superseding Indictment is continued from May 25, 2006 to September 21, 2006 @ 1:30 p.m. before the Honorable Helen Gillmor.

　　Submitted by: David H. Hisashima, Courtroom Manager