ATTORNEY AT LAW
A LAW CORPORATION



MYLES S. BREINER

345 Queen Street, 2nd Fl
Honolulu, Hawaii 96813
Tel: (808) 526-3426
Fax: (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG - 2 2006

at 3 o'clock and 55 min. P M
SUE BEITIA, CLERK

July 27, 2006

The Honorable Helen Gilmor
Chief Judge, U.S. District Court
300 Ala Moana Blvd.
Honolulu, Hawaii    96850

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 3 1 2006

DISTRICT OF HAWAII

Re:    *USA v. Prince Tarpley*
       *Cr. No 05-00029 HG*

Dear Chief Judge Gilmor:

My office, and the office of attorney Alvin Nishimura, represent Mr. Tarpley regarding a possible civil case arising from failure to render timely medical assistance while in the care and custody of the U.S. Bureau of Prisons. My office does not represent Mr. Tarpley in the above-noted criminal case. The letter you received from AUSA Marshall Silverberg, dated July 26, 2006, was incorrect and should be accordingly ignored.

Very truly yours,

MYLES S. BREINER

cc:    Wayne Kalima, Deputy U.S. Marshal
       Rosanne Donohoe, U.S. Probation Officer
       Alvin Nishimura, Esq.
       Marshall Silverberg, Assistant U.S. Attorney
       John Rathman, HFDC Warden